**Electronically Filed
Supreme Court
SCWC-21-0000059
14-JAN-2025
08:53 AM
Dkt. 9 ODAC**

SCWC-21-0000059

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

DAVID TARAN and RANDY TARAN,
Respondents/Plaintiffs-Appellants,
vs.
RAYMOND L. LAGGER, an individual,
Petitioner/Defendant-Appellee.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-21-0000059; CASE NO. 3CC19100005K)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, Devens, JJ.)


Petitioner's Application for Writ of Certiorari, filed

on December 11, 2024, is hereby rejected.


DATED:  Honolulu, Hawaiʻi, January 14, 2025.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

